\*\*E-filed 6/15/06\*\*

1 | Mark E. Ellis – 127159
June D. Koper - 191890
2 | MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
3 | Sacramento, CA 95825
Telephone: (916) 565-0300
4 | Facsimile: (916) 565-1636

5 | Attorneys for Defendants
ESKANOS & ADLER, IRWIN J. ESKANOS, DONALD R. STEBBINS, JEFF DANIEL AND
6 | JEROME M. YALON, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL S. CANLAS, an Individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, P.C.; IRWIN J. ESKANOS; DONALD R. STEBBINS; JEFF DANIEL; and JEROME M. YALON, JR., Individuals,<br><br>Defendants. | Case No.: C05 00375 JF<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR JOINT APPLICATION FOR CERTIFICATION OF SETTLEMENT**<br><br>Date: June 16, 2005<br>Time: 9:00 a.m.<br>Courtroom: 3 |

June Koper, counsel for Defendants ESKANOS & ADLER, IRWIN J. ESKANOS, DONALD R. STEBBINS, JEFF DANIEL AND JEROMEM YALON, JR., requests permission to appear by telephone at the hearing on Motion for Joint Application for Certification of Settlement scheduled in this matter. Ms. Koper's office is located in Sacramento, some 125 miles from the Court.

Dated: June 15, 2006                MURPHY, PEARSON, BRADLEY & FEENEY


By _____
June D. Koper
Attorneys for Defendants
ESKANOS & ADLER, IRWIN J. ESKANOS,
DONALD R. STEBBINS, JEFF DANIEL AND
JEROME M. YALON, JR.

- 1 -

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR JOINT
APPLICATION FOR CERTIFICATION OF SETTLEMENT

1  The Court hereby grants the request for Defendants to appear at the above-mentioned hearing
2  telephonically. **IT IS SO ORDERED.**

3  Dated: June 11, 2006

By _____
JUDGE JEREMY FOGEL

JDK.10325580.doc

- 2 -

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR JOINT APPLICATION FOR CERTIFICATION OF SETTLEMENT