1 | Mark E. Ellis - 127159
June D. Coleman - 191890
2 | MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
3 | Sacramento, CA 95825
Telephone:    (916) 565-0300
4 | Facsimile:    (916) 565-1636

5 | Attorneys for Defendants
ESKANOS & ADLER, IRWIN J. ESKANOS, DONALD R. STEBBINS, JEFF DANIEL AND
6 | JEROME M. YALON, JR.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10

| MICHAEL S. CANLAS, an Individual, on behalf | Case No.: C05 00375 JF |
| 11 | of himself and all others similarly situated | |
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT |
| 13 | v. | |
| 14 | ESKANOS & ADLER, P.C.; IRWIN J. ESKANOS; DONALD R. STEBBINS; JEFF | Date:          June 16, 2006 Time:          9:00 a.m. Courtroom:    3 |
| 15 | DANIEL; and JEROME M. YALON, JR., Individuals, | |
| 16 | Defendants. | |
| 17 | | |

18  This case comes before the Court on the Joint Motion of Plaintiff Michael S. Canlas, on behalf

19  of himself and the class he represents, and defendants Eskanos & Adler, P.C., Irwin J. Eskanos,

20  Donald R. Stebbins, Jeff Daniel, and Jerome M. Yalon, Jr. (hereinafter "Defendants" or "E & A") for

21  preliminary approval of the Class Action Settlement Agreement.  The Court is fully advised of the

22  following premises of the proposed Class Settlement,:

23    A.    Plaintiff and Defendants have entered into a Class Action Settlement Agreement

24  ("Settlement Agreement"), attached to the Joint Motion as Exhibit 1 .

25    B.    The Settlement Agreement is submitted to the Court for  approval pursuant to Rule

26  23(e) of the Federal Rules of Civil Procedure.

27    C.    Pursuant to the Settlement Agreement, E & A will pay $51,637.40 as purported

28  statutory damages to be divided equally among the class members with deliverable addresses as

- 1 -

**EXHIBIT**

*B*

1   determined by the class administrator.

2       D.      Pursuant to the Settlement Agreement, E & A will pay notice costs upon preliminary

3   approval of class settlement.

4       E.      Pursuant to the Settlement Agreement, E & A will pay $3,500 to Plaintiff Michael S.

5   Canlas inclusive of all purported damages, actual and statutory.

6       F.      Pursuant to the Settlement Agreement, E & A will pay reasonable attorneys' fees and

7   costs to be determined by the Court, absent an agreement by the parties.

8       G.      Pursuant to the Settlement Agreement, any monies which are not claimed by class

9   members through the presentment of a settlement check will be given to Legal Services of Northern

10  California for use in consumer education or representation as a *cy pres* fund.

11      H.      Pursuant to the Settlement Agreement, Plaintiff and each class member not opting out

12  of the class shall, as of the Effective Date, be deemed to release and discharge forever Defendants and

13  their heirs, current and former officers, directors, successors, predecessors, executors, administrators,

14  assigns, shareholders, affiliated companies, insurers, attorneys and employees, from all claims,

15  controversies, liabilities, actions and causes of action made in this litigation.  This release is

16  conditioned upon the performance by Defendants of their obligations toward Plaintiff and the class

17  members as set forth in the Settlement Agreement.  E & A does not release any obligation by any

18  debtor to any E & A client or to E & A.

19      I.      Pursuant to the Settlement Agreement, any class member can seek to be excluded from

20  this Settlement Agreement and from the class, within the time and in the manner provided by this

21  Court Order.  Any class member so excluded shall not be bound by the terms of the Settlement

22  Agreement nor entitled to any of its benefits.

23          IT IS HEREBY ORDERED THAT:

24  1.      Pursuant to Rule 23, this case is certified as a class action.  The class is defined as follows:

25          (i) all persons with addresses in the State of California (ii) to whom
26          collection letters in the form of Exhibit C or F attached to the Complaint,
            (iii) were sent by Eskanos & Adler, P.C.; Irwin J. Eskanos; Donald R.
            Stebbins; Jeff Daniel; and/or Jerome M. Yalon, Jr. in an attempt to
27          collect a debt incurred for personal, family, or household purposes (iv)
            and were sent within 23 days of the sending of an initial collection letter
28          by Eskanos & Adler, P.C.; Irwin J. Eskanos; Donald R. Stebbins; Jeff

-2-

Daniel; and/or Jerome M. Yalon, Jr., and (v) and were sent within the period of January 25, 2004, through April 5, 2005.

The parties have interpreted "in the form of Exhibits C or F attached to the Complaint" as used above in the class definition to mean letters that were worded as Exhibits C or F, and that were addressed to California residents and referenced debts owed by these California residents to the creditors identified in the letter.

2. Michael S. Canlas is appointed as the class representative, and Ronald Wilcox and O. Randolph Bragg are appointed as class counsel.

3. The Class Action Settlement Agreement (Exhibit 1) is preliminarily approved.

4. The names and addresses of all class members shall be provided by defendants to the class administrator within 30 days of the date of entry of this order.

5. A Class Notice in a substantially similar form as Exhibit A attached to the Settlement Agreement shall be mailed to each class member as described in the settlement agreement within 60 days of the date of entry of this order.

6. All opt-outs, motions to intervene in, and objections to the proposed class action settlement shall be postmarked within 60 days of the date of mailing of the class notice.

7. The Final Fairness Hearing will be conducted before the Honorable Jeremy Fogel, at the U.S. District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, California, in Courtroom 3 on Nov. 17, 2006, at 9:00 am.. (The parties suggest the date be at least 4 ½ months after the entry of this order.)

8. Barring an agreement between the parties, Plaintiff shall file a motion for an award of costs and reasonable attorneys' fees no later than 14 days after final judgment has been entered, after final approval of class settlement.

DATE: 6-7-06

Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

JDC.10285230.doc