*E-filed 11/7/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL S. CANLAS, an individual on behalf of himself and all similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>ESKANOS & ADLER, P.C., IRWIN J. ESKANOS, DONALD R. STEBBINS, JEFF DANIEL, and JEROME M. YALON, JR., individuals,<br><br>    Defendants.<br>_____/ | No. C05-00375 JF (HRL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL INTERROGATORIES AND RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>**[Re: Docket No. 40]** |

On October 3, 2006, this court heard plaintiff's Motion to Compel Interrogatories and Response to Requests for Production of Documents. Defendants opposed the motion. Having considered the papers filed by the parties, as well as the arguments of counsel, this court issues the following order.

**I.  BACKGROUND**

This class action was brought pursuant to the Fair Debt Collection Practices Act. The parties filed a joint application for certification of the settlement class and preliminary approval of the class settlement agreement. In their proposed settlement agreement, the parties agree that defendants will pay reasonable attorney's fees and costs to be determined by the court absent an agreement by the party. Judge Fogel granted preliminary approval of the class settlement in

June 2006, and a final approval hearing is set for November 2006. The final approval hearing and attorney's fees are the only remaining issues in this case.

Plaintiff expected opposition to his application for attorney's fees and costs and served on defendants a Second Set of Interrogatories and Requests for Production, seeking to learn the time and money expended by defendants in defending this litigation. Defendants objected to this discovery on several grounds and plaintiff filed this motion to compel.

## II. DISCUSSION

This is an uncomplicated case. The Supreme Court has announced a general policy that "[a] request for attorney's fees should not result in a second major litigation." *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983). By considering reasonable local rates and the nature of the case, the court will be able to decide plaintiff's fee request without the defense information. *See Hernandez v. George*, 793 F.2d 264, 268 (10th Cir. 1986) (sustaining a trial judge's decision not to allow discovery into opposing counsel's fees and hours where these appeared particularly irrelevant to plaintiff's reasonable fees and hours, and where the district judge had other information available to him about reasonable local rates); *Martinez v. Schock Transfer & Warehouse Co., Inc.*, 789 F.2d 848, 849 (10th Cir. 1986) ("in uncomplicated cases which take little trial time the district court normally has a reasonably good idea of the amount of attorney's fees which will fairly compensate a party for the extent, quality, and success of his lawyer's work") (citing *Gabaldon v. AAA Alarm Co., Inc.*, No. 81-1016-HB, slip op. at 3 (D.N.M. Dec. 2, 1983).

Moreover, the Court is not satisfied that the time defendants' lawyers spent is a useful measure of the appropriateness of the time plaintiff's attorney spent. Other courts denying discovery of defense fees have acknowledged the difference in preparation time for each party. *See Johnson v. Univ. Coll. of Univ. of Ala. in Birmingham*, 706 F.2d 1205, 1208 (11th Cir. 1983) ("[t]he amount of hours that is needed by one side to prepare adequately may differ substantially from that for opposing counsel); *Mirabel v. Gen. Motors Acceptance Corp.*, 576 F.2d 729, 731 (7th Cir. 1978) ("a given case may have greater precedential value for one side than the other").

2

Further, defendants assured the Court that they would not seek to disprove the credibility of plaintiffs' fee request by pointing to their own hours.

### III. ORDER

Based on the foregoing, it is ordered that plaintiff's Motion to Compel Interrogatories and Response to Requests for Production of Documents is DENIED.

Dated: 11/7/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

O. Randolph Bragg rand@horwitzlaw.com, shannon@horwitzlaw.com

June D. Coleman jcoleman@ecplslaw.com, fwilson@ecplslaw.com

William Angelo Munoz wmunoz@mpbf.com

Ronald Wilcox ronaldwilcox@post.harvard.edu

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.